UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,       No.  16-20218

       Plaintiff,       HON. VICTORIA A. ROBERTS

v.

D-1 NORMAN SHY,

       Defendant.

_____/

## WRIT OF ENTRY ONTO PREMISES LOCATED AT 32679 BROOKWOOD LANE, FRANKLIN, MICHIGAN

Upon the United States' Motion for a Writ of Entry onto Premises Located

at 32679 Brookwood Lane, Franklin, Michigan, whose legal description is:

Unit Number 14 CRESSBROOK, a condominium according to the Master Deed recorded in Liber 27695, pages 127 through 185, inclusive, Oakland County Records, and designated as Oakland County Condominium Subdivision Plan No. 1499, together with rights in general common elements and limited common elements as set forth in the above described Master Deed and Amendments thereto and as disclosed by Act 59 of the Public Acts of 1978, as amended; commonly known as: 32679 Brookwood Lane, Franklin, MI; Parcel ID: 24-06-227-030; titled to Shy Investments, LLC

IT IS HEREBY ORDERED that the United States Marshals Service or its

designee is hereby authorized:

1. to enter the real property, including any structures, on one or more

occasions during the pendency of this action against the real property, for the

1

purpose of conducting an inspection and inventory and appraisal of the real property, and

2. to be accompanied on any such occasion by any appraiser(s) selected by it for the purpose of appraising the condition and value of the real property pursuant to 21 U.S.C. § 853(e)(1), 18 U.S.C. §§ 983(j) and 985(b)(2), which appraisal may include, among other means, still and video photography, and

3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the real property, which inspection and inventory may include, among other means, still and video photography, and

4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of Title 18, United States Code, Section 2232, prohibiting the impairment of *in rem* jurisdiction, or otherwise as provided by law.

S/Victoria A. Roberts
HONORABLE VICTORIA A. ROBERTS
Dated:  7/29/2016          United States District Judge

2